Mary Ann Kuehn, Appellee, v. Nicholas H. Kuehn, Jr., Appellant.

Gen. No. 43,665.

opinion
filed May 20, 1947; rehearing denied June 17, 1947; released for publication June 17, 1947. Joseph P. Hector, for appellant; Teed & Johnson, for appellee; Hugh E. Johnson, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.